"UNDER SEAL"

FILED
CHARLOTTE, NC

JUN 19 2013

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1) GREGORY SCOTT CASEY )<br>2) JAMES SCOTT COVINGTON, JR. )<br>3) PATRICIA DAVIS )<br>4) RICHARD WILLIAM DELALIO, JR. )<br>5) GEORGE COLEMAN FREIBERG )<br>6) STEVE EDWIN GRIFFIN )<br>7) KRISTI DIANE KEY )<br>8) PETER ANDREW KUNZA )<br>9) GERALD WILLIAM LOCKLEAR )<br>10) MURIEL ANNETTE RING )<br>11) ZACHARY ADAM SHUFORD )<br>12) SIDNEY DAVID TUREFF )<br>13) JEFFERY SHANE VANDERNICK )<br>14) JESSICA MICHELLE WEBB )<br>15) TIMOTHY GARY WILSON ) | DOCKET NO. 1:13CR42<br><br>**ORDER TO SEAL**<br>**INDICTMENT** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 19th day of June, 2013.

                                                          DAVID C. KEESLER
                                                          UNITED STATES MAGISTRATE JUDGE