**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:13-cr-00042-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **(1) GREGORY SCOTT CASEY;** | ) | |
| **(2) JAMES SCOTT COVINGTON, JR.;** | ) | |
| **(3) PATRICIA DAVIS;** | ) | |
| **(4) RICHARD WILLIAM DELALIO, JR.;** | ) | |
| **(5) GEORGE COLEMAN FREIBERG;** | ) | |
| **(6) STEVE EDWIN GRIFFIN;** | ) | |
| **(7) KRISTI DIANE KEY;** | ) | |
| **(8) PETER ANDREW KUNZA;** | ) | |
| **(9) GERALD WILLIAM LOCKLEAR;** | ) | |
| **(10) MURIEL ANNETTE RING;** | ) | |
| **(11) ZACHARY ADAM SHUFORD;** | ) | |
| **(12) SIDNEY DAVID TUREFF;** | ) | |
| **(13) JEFFERY SHANE VANDERNICK;** | ) | |
| **(14) JESSICA MICHELLE WEBB; and** | ) | |
| **(15) TIMOTHY GARY WILSON.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment as to All Defendants [Doc. 188].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 188] is **GRANTED**, and the Bill of Indictment is hereby **DISMISSED**

**WITHOUT PREJUDICE** with respect to each of the above-referenced Defendants.

**IT IS SO ORDERED**.

Signed: May 7, 2014

Martin Reidinger
United States District Judge